

USA NO. 2000Z0006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0185 |
| **JOSE BROOKS** | * | SECTION: "J" (5) |
| | * * * | |

### MOTION FOR ENTRY OF DEFAULT

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America and moves pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for entry of default against Jose Brooks due to his failure to plead or otherwise defend as set forth below.

1. On March 20, 2000, the defendant was served with a summons and copy of the complaint.

2. More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

DATE OF ENTRY
MAY - 5 2000



Accordingly, a default should be entered against Jose Brooks due to his failure to plead or otherwise defend.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY

_____
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0185 |
| JOSE BROOKS | * | SECTION: "J" (5) |
| * * | * | |

## D E C L A R A T I O N

I, ENEID A. FRANCIS, do declare and state that:

1. I am an Assistant United States Attorney for the Eastern District of Louisiana.

2. I am the attorney of record for the United States of America in the above-captioned action.

3. On March 20, 2000, the defendant was served with a summons and copy of the complaint.

4. More than 20 days have elapsed since the defendant was served, and the defendant has not filed an answer or other responsive pleading.

5. Defendant has not filed an answer or other responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct.

New Orleans, Louisiana, this 5th day of May, 2000.

_____
ENEID A. FRANCIS
Assistant U.S. Attorney
Bar Roll No. 5816

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0185 |
| JOSE BROOKS | * | SECTION: "J" (5) |
| * | * | * |

### O R D E R

IT IS HEREBY ORDERED that a default be entered against Jose Brooks due to his failure to plead or otherwise defend.

New Orleans, Louisiana, this 5th day of May, 2000.

LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT

By Eileen Stensrud
Deputy Clerk