UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0185 |
| JOSE BROOKS | * | SECTION: "J" (5) |
| | * * * | |

**O R D E R**

IT IS ORDERED that Jose Brooks appear before Magistrate Judge Louis Moore, Jr., on the _____ day of _____, 2007, at 11:00 a.m., in the Hale Boggs Federal Building, Room No. B-407, 500 Poydras Street to be examined as a judgment debtor.

FAILURE TO APPEAR MAY SUBJECT JUDGMENT DEBTOR TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT.

New Orleans, Louisiana, this \_\_\_\_\_day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

PLEASE SERVE:
*U.S. Certified and Regular Mail*
Jose Brooks
1423 France Street
New Orleans, LA 70117