USA No. 2000Z00006

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **v.** | * | **NO.  00-0185** |
| **JOSE BROOKS** | * | **SECTION: "J"** |

* * *

### MOTION TO CONTINUE JUDGMENT DEBTOR EXAMINATION

NOW INTO COURT comes the United States of America, by and through the undersigned Assistant United States Attorney, who moves this Honorable Court for a continuance of the judgment debtor examination in the above-captioned matter scheduled for August 15, 2007, for the reason that the judgment debtor has not received notice of the said examination.  The United States further moves that the foregoing Judgment Debtor examination be reset by the Court.

WHEREFORE, the Government prays that its motion to continue and to reset be granted.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


/s/ ENEID A. FRANCIS
ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No. 5816
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3060