USA No. 2000Z00006

## UNITED STATES DISTRICT COURT
## ASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0185 |
| **JOSE BROOKS** | * | SECTION: "J" |
| | * * * | |

## O R D E R

Considering the foregoing motion of the Government,

IT IS HEREBY ORDERED that the judgment debtor examination of the defendant, Jose Brooks, be continued to be reset by the court.

_____
UNITED STATES MAGISTRATE JUDGE