UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **v.** | * | **NO. 00-0185** |
| **JOSE BROOKS** | * | **SECTION: "J(6)** |

**O R D E R**

Considering the foregoing motion of the Government (Rec. Doc. 13),

IT IS HEREBY ORDERED that the judgment debtor examination of the defendant, Jose Brooks be continued to WEDNESDAY, September 19th, 2007 at 11:00 a.m.

New Orleans, Louisiana this 16th day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE