**MINUTE ENTRY**
**MOORE, M.J.**
**September 19, 2007**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0185** |
| **JOSE BROOKS** | * | **SECTION: "J"(6)** |

**HEARING ON MOTIONS**

APPEARANCE(S):    Mr. Stevens Moore, Assistant United States Attorney for the Government

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

**ORDER**

    Assistant U.S. Attorney Stevens Moore appeared in the above captioned matter.  However, the judgment debtor did not appear.  Ms. Joan Holub, Paralegal Specialist, United States Attorney's Office called to inform the court that Mr. Brooks could not be located, but that the U.S. Attorney's office will try to re-urge the motion at a later date.   Accordingly, the motion is **DISMISSED** without prejudice, to be re-urged if the judgment debtor can be located.

_____
LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

MJSTAR(00:03)